# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>AIMY E. NAVARRO,<br><br>                Defendant. | Case No.  6:22-po-00490-HBK<br><br>ORDER APPOINTING COUNSEL<br><br>(Doc. No. 6) |

Before the Court is the Office of the Federal Public Defender's (FPD) motion, brought on behalf of the Defendant, seeking appointment of counsel.  (Doc. No. 6).  Defendant, under oath, sworn or affirmed her financial inability to employ counsel or has otherwise satisfied the Court that she is financially unable to obtain counsel and requests counsel be appointed.  (Doc. No. 7).

Accordingly, it is **ORDERED**:

In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the motion (Doc. No. 6) is GRANTED.  Griffin Estes Office of FPD, is appointed to represent the defendant.  This appointment shall remain into effect under further order.

Dated:     December 5, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE